Jonathan F. Mitchell*
Texas Bar No. 24075463
Mitchell Law PLLC
106 East Sixth Street, Suite 900
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3940 (fax)
jonathan@mitchell.law

Talcott J. Franklin*
Texas Bar No. 24010629
Talcott Franklin PC
1920 McKinney Avenue 7th Floor
Dallas, Texas 75201
(214) 736-8730 (phone)
(800) 727-0659 (fax)
tal@talcottfranklin.com

Bradley Benbrook
California Bar No. 177786
Benbrook Law Group, PC
400 Capitol Mall, Suite 2530
Sacramento, California 95814
(916) 447-4900 (phone)
(916) 447-4904 (fax)
brad@benbrooklawgroup.com

* admitted *pro hac vice*

*Counsel for Plaintiffs and Proposed Classes*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **Ruth Aliser**, et al.<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>**SEIU California**, et al.,<br><br>　　　　　　Defendants. | Case No. 3:19-cv-00426-VC<br><br>**Plaintiffs' Second Amended Certificate of Interested Entities or Persons** |

Our first amended certificate of interested persons and parties listed Juris Capital LLC but did not identify its "connection and interest," as required by Local Civil Rule 3-15(b)(1). *See* ECF No. 141. This second amended certificate corrects that oversight.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

Juris Capital LLC has provided a non-recourse loan to Mitchell Law PLLC. That loan is to be repaid with the proceeds that Mitchell Law PLLC receives from any of the approximately 20 class-action lawsuits that the firm has brought against public-sector unions in the wake of *Janus*, including this case. Juris Capital LLC therefore has a "financial interest in the subject matter in controversy."

Respectfully submitted.

Talcott J. Franklin*  
Texas Bar No. 24010629  
Talcott Franklin PC  
1920 McKinney Avenue 7th Floor  
Dallas, Texas 75201  
(214) 736-8730 (phone)  
(800) 727-0659 (fax)  
tal@talcottfranklin.com

/s/ Jonathan F. Mitchell  
Jonathan F. Mitchell*  
Texas Bar No. 24075463  
Mitchell Law PLLC  
106 East Sixth Street, Suite 900  
Austin, Texas 78701  
(512) 686-3940 (phone)  
(512) 686-3941 (fax)  
jonathan@mitchell.law

Bradley Benbrook  
California Bar No. 177786  
Benbrook Law Group, PC  
400 Capitol Mall, Suite 2530  
Sacramento, California 95814  
(916) 447-4900 (phone)  
(916) 447-4904 (fax)  
brad@benbrooklawgroup.com

* admitted *pro hac vice*

Dated: August 13, 2019

*Counsel for Plaintiffs and the Proposed Classes*

# CERTIFICATE OF SERVICE

I certify that on August 13, 2019, I served this document through CM/ECF upon all counsel of record in this case.

<u>/s/ Jonathan F. Mitchell</u>
JONATHAN F. MITCHELL
*Counsel for Plaintiffs and the Proposed Classes*
