SCOTT A. KRONLAND, Bar No. 171693
JEFFREY B. DEMAIN, Bar No. 126715
P. CASEY PITTS, Bar No. 262463
ZOE PALITZ, Bar No. 275752
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: skronland@altshulerberzon.com
       jdemain@altshulerberzon.com
       cpitts@altshulerberzon.com
       zpalitz@altshulerberzon.com

*Attorneys for Defendants California State University Employees Union, SEIU Local 521, SEIU Local 721, SEIU Local 1021, and SEIU Local 2015*

[Counsel listing continued on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERESA BOYLE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CALIFORNIA STATE UNIVERSITY EMPLOYEES UNION, et al., <br><br> Defendants. | CASE NO.: 3:19-cv-00426-VC <br><br> **STIPULATION RE SETTLEMENT CONFERENCE AND CASE MANAGEMENT CONFERENCE** <br><br> Judge: Hon. Vince Chhabria |

**STIPULATION**

WHEREAS, the Court's August 28, 2020 Order (Dkt. 171) referred the parties for a settlement conference before a magistrate judge to be completed within 60 days;

WHEREAS, the parties are scheduled for a settlement conference with Magistrate Judge Tse on November 23, 2020;

WHEREAS, a case management conference is scheduled before the Court on November 10, 2020, with a joint case management conference statement due to be filed on November 3, 2020;

WHEREAS, the parties have conferred and agree that it would serve judicial economy for the case-management conference currently scheduled for November 10, 2020 and the due date for the joint case-management statement to be postponed until after the settlement conference with Magistrate Judge Tse.

It is hereby stipulated and agreed that:

1.  The deadline for completion of a settlement conference should be extended to allow the parties to proceed with the settlement conference before Magistrate Judge Tse on November 23, 2020;

2.  The case management conference set for November 10, 2020 should be vacated and postponed until December 15, 2020;

3.  The due date for the joint case-management statement current scheduled for November 3, 2020, should be vacated and postponed until December 8, 2020.

SO STIPULATED.

Dated: October 29, 2020    Respectfully submitted,

BRADLEY BENBROOK
Benbrook Law Group, PC
400 Capitol Mall, Suite 2530
Sacramento, California 95814
(916) 447-4900 (phone)
(916) 447-4904 (fax)
brad@benbrooklawgroup.com

TALCOTT J. FRANKLIN
Talcott Franklin P.C.

1

       1920 McKinney Avenue
       7th Floor
       Dallas, TX 75201
       (214) 736-8730 (phone)
       (800) 727-0659 (fax)
       Email: tal@talcottfranklin.com

       JONATHAN F. MITCHELL
       Mitchell Law PLLC
       106 East Sixth Street, Suite 900
       Austin, Texas 78701
       (512) 686-3940
       (512) 686-3941
       jonathan@mitchell.law

       By: */s/Jonathan Mitchell*
           Jonathan Mitchell

       *Attorneys for Plaintiffs*

       JEFFREY B. DEMAIN
       SCOTT A. KRONLAND
       P. CASEY PITTS
       ZOE PALITZ
       Altshuler Berzon LLP

       By: */s/ Zoe Palitz*
           Zoe Palitz

       *Attorneys for Defendants California State University Employees Union, SEIU Local 521, SEIU Local 721, SEIU Local 1021, SEIU Local 2015*

### **Signature Attestation**

    Pursuant to Local Civil Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the above signatories.

    Dated: October 29, 2020

                                     Mitchell Law PLLC

                                       By: */s/ Zoe Palitz*
                                            Zoe Palitz

<s>[PROPOSED]</s> **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The deadline for completion of a settlement conference is extended to allow the parties to proceed with a settlement conference before Magistrate Judge Tse on November 23, 2020. The case management conference set for November 10, 2020 is vacated and reset for December 15, 2020. The due date for the joint case-management statement currently scheduled for November 3, 2020 is vacated and reset for December 8, 2020.

Date: October 29, 2020

_____
Vince C[hhabria]
United S[tates District Judge]

*APPROVED — Judge Vince Chhabria*