SCOTT A. KRONLAND, Bar No. 171693
JEFFREY B. DEMAIN, Bar No. 126715
P. CASEY PITTS, Bar No. 262463
ZOE PALITZ, Bar No. 275752
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: skronland@altshulerberzon.com
           jdemain@altshulerberzon.com
           cpitts@altshulerberzon.com
           zpalitz@altshulerberzon.com

*Attorneys for Defendants California State University Employees Union, SEIU Local 521, SEIU Local 721, SEIU Local 1021, and SEIU Local 2015*

[Counsel listing continued on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERESA BOYLE, et al., <br><br>　　　　　Plaintiffs, <br><br>　v. <br><br>CALIFORNIA STATE UNIVERSITY EMPLOYEES UNION, et al., <br><br>　　　　　Defendants. | CASE NO.: 3:19-cv-00426-VC <br><br>**NOTICE OF SETTLEMENT AND STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE** <br><br>Judge: Hon. Vince Chhabria |

## STIPULATION

WHEREAS, on November 24, 2020, sixteen Plaintiffs (Browne, Miller, Weber, Caudel, David, Golbad, Snyder, McAdams, Boyle, Thompson, O'Brien, Park, Aliser, McCavitt, Nolan, and Palmerin) and the sole remaining Defendants (California State University Employees Union, SEIU Local 521, SEIU Local 721, SEIU Local 1021, and SEIU Local 2015) reached a settlement with the assistance of Magistrate Judge Tse;

WHEREAS, the parties agreed to circulate a Settlement Agreement and Release within thirty (30) days;

WHEREAS, following the execution of such Settlement Agreement and Release, Plaintiffs will voluntarily dismiss their claims and there will be no further litigation in this Court;

WHEREAS, the parties are scheduled to appear for a Case Management Conference on December 15, 2020, with a Case Management Conference Statement due on December 8, 2020;

WHEREAS, the parties have conferred and agree that it would serve judicial economy for the Case Management Conference to be vacated pending execution of the Settlement Agreement and Release.

It is hereby stipulated and agreed that:

1. The Case Management Conference set for December 15, 2020 should be vacated;

2. The deadline for the filing of a joint Case Management Conference Statement should be vacated.

3. Should there be any need for further involvement by the Court, the parties will alert the Court as soon as possible.

SO STIPULATED.

Dated:  December 3, 2020    Respectfully submitted,

BRADLEY BENBROOK
Benbrook Law Group, PC
400 Capitol Mall, Suite 2530
Sacramento, California 95814
(916) 447-4900 (phone)
(916) 447-4904 (fax)
brad@benbrooklawgroup.com

TALCOTT J. FRANKLIN
Talcott Franklin P.C.
1920 McKinney Avenue
7th Floor
Dallas, TX 75201
(214) 736-8730 (phone)
(800) 727-0659 (fax)
Email: tal@talcottfranklin.com

JONATHAN F. MITCHELL
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

By: */s/Jonathan F. Mitchell*
        Jonathan F. Mitchell

*Attorneys for Plaintiffs*

JEFFREY B. DEMAIN
SCOTT A. KRONLAND
P. CASEY PITTS
ZOE PALITZ
Altshuler Berzon LLP

By: */s/ Zoe Palitz*
        Zoe Palitz

*Attorneys for Defendants California State University Employees Union, SEIU Local 521, SEIU Local 721, SEIU Local 1021, SEIU Local 2015*

**Signature Attestation**

Pursuant to Local Civil Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: December 3, 2020

                                    Altshuler Berzon LLP

                                    By: */s/ Zoe Palitz*
                                            Zoe Palitz

~~[PROPOSED]~~ ORDER  AS AMENDED

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Case Management Conference set for December 15, 2020 is vacated.  The deadline for the filing of a joint Case Management Conference Statement currently scheduled for December 8, 2020 is vacated.

Date: December 3, 2020

_____
Vince Chhabria
United States District Judge

*IT IS SO ORDERED AS MODIFIED*
/s/ Judge Vince Chhabria

A further case management conference is scheduled for Tuesday, January 26 at 2 p.m. via zoom.
A joint case management statement is due by Tuesday, January 19.