UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA BOYLE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CALIFORNIA STATE UNIVERSITY EMPLOYEES UNION, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-00426-VC<br><br>**ORDER RE STIPULATION FOR DISMISSAL**<br><br>Re: Dkt. No. 188 |

Although the Court does not anticipate any problems with dismissing the case, it appears that the parties are required to file a request for dismissal rather than dismissing it themselves. *See* Standing Order for Civil Cases before Judge Chhabria ¶ 48. Accordingly, the plaintiff (or the parties jointly) should file a request for dismissal, not to exceed three pages, within seven days of this order.

　　**IT IS SO ORDERED.**

Dated: February 3, 2021

_____
VINCE CHHABRIA
United States District Judge