UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA BOYLE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CALIFORNIA STATE UNIVERSITY EMPLOYEES UNION, et al.,<br><br>        Defendants. | Case No. 19-cv-00426-VC<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL**<br><br>Re: Dkt. No. 190 |

The parties' joint request for dismissal is granted.

**IT IS SO ORDERED.**

Dated: February 10, 2021

VINCE CHHABRIA
United States District Judge