SCOTT A. KRONLAND, Bar No. 171693
JEFFREY B. DEMAIN, Bar No. 126715
P. CASEY PITTS, Bar No. 262463
ZOE PALITZ, Bar No. 275752
Altshuler Berzon LLP
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
E-Mail: skronland@altshulerberzon.com
        jdemain@altshulerberzon.com
        cpitts@altshulerberzon.com
        zpalitz@altshulerberzon.com

*Attorneys for Defendants California State University Employees Union, SEIU Local 521, SEIU Local 721, SEIU Local 1021, and SEIU Local 2015*

KERIANNE R. STEELE, Bar No. 250897
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501
Telephone: (510) 337-1001
Facsimile: (510) 337-1023
E-Mail: courtnotices@unioncounsel.net
ksteele@unioncounsel.net

*Attorney for Defendants California State University Employees Union, SEIU Local 521, and SEIU Local 1021*

[Counsel listing continued on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TERESA BOYLE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>CALIFORNIA STATE UNIVERSITY EMPLOYEES UNION, et al.,<br><br>        Defendants. | CASE NO.: 3:19-cv-00426-VC<br><br>**[~~PROPOSED~~] JUDGMENT**<br><br>Judge: Hon. Vince Chhabria<br>Date:  N/A<br>Time:  N/A |

IT IS ORDERED AND ADJUDGED that Judgment be, and hereby is, entered in accordance with the Court's Orders filed on December 10, 2019 (Docket No. 152), July 21, 2020 (Docket No. 166), and February 10, 2021 (Docket No. 191).

Dated:  February  18, 2021

_____
VINCE CHHABRIA
United States District Judge